IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARC ANTON CRUMP,

    Plaintiff,

vs.                                CASE NO. 1:06CV192-MMP/AK

SHERIFF STEPHEN M. OLERICH,

    Defendant.

_____/

**O R D E R**

Plaintiff has filed a motion to extend time to file his third amended complaint pursuant to the Court's previous Order. (Doc. 28). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Plaintiff shall have through **August 21, 2008**, to file a third amended complaint.

**DONE AND ORDERED** this __*14*<sup>th</sup>__ day of July, 2008.

                        *s/ A. KORNBLUM*
                        **ALLAN KORNBLUM**
                        **UNITED STATES MAGISTRATE JUDGE**