**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**MARC ANTON CRUMP,**

    **Plaintiff,**

**vs.**	**CASE NO. 1:06CV192-MMP/AK**

**SHERIFF STEPHEN M. OLERICH,**

    **Defendant.**

_____/

## O R D E R

Plaintiff, an inmate proceeding pro se and in forma pauperis, has filed a third amended complaint, which fails to set forth with any particularity what Defendant Oelrich did that resulted in his being held at the Alachua County Jail for four days after he was ordered released by Judge Martha Lott. (Doc. 31). He has provided a transcript that shows he was released on electronic monitoring on July 6, 2006, and he asserts that he was held for four more days without legal authority. In order to hold Oelrich liable, Plaintiff must state facts to support his claim that Oelrich made decisions or took actions that resulted in his being held illegally. Plaintiff offers no facts specific to Oelrich to support his claim. This will be the last opportunity for Plaintiff to state his claims sufficiently for service upon the named defendant or it will be recommended that this case be dismissed for failure to state a claim for relief.

To amend his complaint, Plaintiff must completely fill out a new civil rights complaint form, marking it "Fourth Amended Complaint." Plaintiff is advised that the amended complaint must contain all of Plaintiff's allegations and should not in any

way refer to the original or amended complaints.  An amended complaint completely replaces all previous complaints and all earlier complaints are disregarded.  N.D. Fla. Loc. R. 15.1.  Plaintiff should file the amended complaint in the Court and keep one identical copy for himself.

Accordingly, it is

**ORDERED:**

Plaintiff shall file a Fourth Amended Complaint on or before **October 30, 2008.**

**DONE AND ORDERED** this   *10th* day of October, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

No. 1:06cv192-MP/AK