# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**MARC CRUMP,**

    **Plaintiff,**

**vs.**                                                                  **CASE NO. 1:06CV192-MP/AK**

**SHERIFF OELRICH,**

    **Defendants.**

_____/

## O R D E R

Plaintiff has moved for appointment of counsel and for an extension of time to file a fourth amended complaint. (Docs. 33 and 34). Plaintiff states that he is not a lawyer and does not know about cases, and therefore, he needs an attorney. However, Plaintiff is not required to provide law to the court, he should simply provide the facts of what happened to him. He is suing Sheriff Oelrich for being held four days after he was ordered released by Judge Martha Lott, but he does not provide any facts that may be helpful to the Court in determining whether Oelrich knew about the release and held Plaintiff with this knowledge and for some malicious purpose or if this was negligence by Oelrich or some other jail administrator for not conveying this information to the proper person responsible for his release. Plaintiff also states that he was re-violated four days later, which implies that he was released or might explain why he was not released, but all of this is unclear.

Appointment of counsel in a 1983 suit is not a right, it is a privilege and is justified only by exceptional circumstances, such as where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner.  <u>Fowler v. Jones</u>, 899 F.2d 1088 (11th Cir. 1990).  These facts and legal issues are not particularly complex, If Plaintiff can provide sufficient facts for the Court to determine what he is alleging happened to him.   Therefore, his motion to appoint counsel is not warranted at this time, and it (doc. 33) is denied.

Plaintiff will be granted one last extension of time, but this case is getting old and at present there are no facts to support service of a complaint upon Sheriff Oelrich or anyone else.

Accordingly, it is

**ORDERED:**

1. Plaintiff's Motion to Appoint Counsel (doc. 33) is **DENIED**.

2. Plaintiff's Motion for Extension of Time to file fourth amended complaint (doc. 34) is **GRANTED**, and Plaintiff shall file the fourth amended complaint on or before November 23, 2008.

3. Failure to comply with this order will result in a recommendation that this case be dismissed.

**DONE AND ORDERED** this  <u>5th</u>  day of November, 2008.

<u>s/ A. KORNBLUM</u>
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 1:06cv192-MP/AK**