IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARC CRUMP,

    Plaintiff,

vs.                                        CASE NO. 1:06CV192-MP/AK

STEPHEN OELRICH,

    Defendant.

                                   /

## REPORT AND RECOMMENDATION

Plaintiff was directed to file a Fourth Amended Complaint on or before November 23, 2008 because he has been unable to state a claim against Sheriff Oelrich adequately after four attempts. (Docs. 32 and 35). As of this date he has not complied with that order. A show cause order was entered on May 12, 2009, (doc. 36), but there has been no response to that order either.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with three orders of this Court directing that he file an amended complaint, (docs. 32, 35, and 36), and has not otherwise prosecuted his lawsuit. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this 28th Day of May, 2009.

    s/ A Kornblum
   **ALLAN KORNBLUM**
   **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

**No. 1:06cv192-MP/AK**